PER CURIAM.
Affirmed. See: Newby v. West Palm Beach Water Co., Fla.1950, 47 So.2d 527; Lomas v. West Palm Beach Water Co., Fla. 1952, 57 So.2d 881; Banks v. Mason, Fla.App.1961, 132 So.2d 219; Switzer v. Dye, Fla.App. 1965, 177 So.2d 539; Hendershot v. Kapok Tree Inn, Inc., Fla.App. *580 1967, 203 So.2d 628; Concrete Construction, Inc., of Lake Worth v. Petterson, Fla.1968, 216 So.2d 221; Nunnally v. Miami Herald Publishing Company, Fla.App. 1972, 266 So.2d 76.